UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEITH HINTON,** : | |
| : | Civil Action No. 04-4858(KSH) |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | ORDER ON INFORMAL APPLICATION |
| : | |
| **EAST ORANGE POLICE DEPT., et al.** : | |
| : | |
| **Defendants** : | |

This matter having come before the Court by way of (1) motion of the Essex County Prosecutor's Office ("ECPO") to intervene and stay the depositions of Mr. Goritski, Mr. Davis and Mr. Grimes; (2) motion of Mr. Goritsky to intervene and stay his deposition; and (3) motion of the defendants to stay discovery that might related to the <u>Price</u> case; and the Court having considered the submissions, arguments, and representations of the parties; and for the reasons set forth in the Opinion delivered on the record on December 19, 2005; and for good cause shown,

IT IS ON THIS 19th day of December, 2005

ORDERED that the motion of the ECPO to intervene is granted;

IT IS FURTHER ORDERED that the motion of Mr. Goritsky to intervene is withdrawn;

IT IS FURTHER ORDERED that the ECPO's request to stay the depositions of Messrs. Goritsky, Davis, and Grimes is granted.  Said deposition shall not commence before a jury verdict in Mr. Price's criminal trial and shall be completed no later than **May 19, 2006**;

IT IS FURTHER ORDERED that the depositions of Mr. Cleary shall be completed no later than **May 19, 2006**;

IT IS FURTHER ORDERED that responsive expert reports shall be disclosed no later than **January 30, 2006**;

IT IS FURTHER ORDERED that the Final Pretrial Conference shall take place on **May 31, 2006 at 11:00 a.m**.  The joint proposed final pretrial order shall be submitted to the Chambers of the undersigned no later than **May 23, 2006**; and

IT IS FURTHER ORDERED that all other terms of the Orders dated January 11, 2005, February 19, 2005, May 12, 2005, July 13, 2005, and October 11, 2005 shall remain in full force and effect.

                                              s/Patty Shwartz
                                      UNITED STATES MAGISTRATE JUDGE